# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MURPHY & GOLDSTEIN, P.C.<br>BY: WILLIAM P. MURPHY, ESQUIRE<br>I.D. #: 23339<br>BY: HOWARD K. GOLDSTEIN, ESQUIRE<br>I.D. #: 31285<br>1616 Walnut Street, Suite 2000<br>Philadelphia, PA 19103<br>(215) 731-1230 | ATTORNEYS FOR PLAINTIFF |
| MARY DOE, an individual known to defendants:<br><br>　　　　　Plaintiff<br>　v.<br><br>MATCH.COM, INC.<br>3001 George Bush Highway, Ste. 100<br>Richardson, TX 75082<br><br>　　and<br><br>MATCH.COM, L.P.<br>3001 George Bush Highway, Ste. 100<br>Richardson, TX 75082<br><br>　　　　　Defendants | JURY TRIAL DEMANDED<br><br><br>CIVIL ACTION NO. 04-938<br><br>Hon. James T. Giles, C.J. |

<u>PROOF OF SERVICE UPON DEFENDANTS PURSUANT TO RULE 4(*l*), F.R.CIV.P.</u>

　　　I, William P. Murphy, Esq., pursuant to 28 U.S.C. § 1746, declare that on March 9, 2004, I caused a Complaint and Summons in the above-captioned matter to be served upon each defendant pursuant to Rule 4(e)(1), F.R.Civ.P., and Rules 403 and 404, Pa.R.Civ.P., by placing same in United States first class mail postage prepaid, return receipt requested, restricted delivery designated, and addressed to each defendant as follows:

Match.com, Inc.
c/o Tim Sullivan
Chief Operating Officer
3001 George Bush Highway, Ste. 100
Richardson, TX 75082

Match.com, L.P.
c/o Chris Riley, V.P. and General Counsel
3001 George Bush Highway, Ste. 100
Richardson, TX 75082

A true and correct copy of the U.S. Postal Service, Certified Mail Receipts for each mailing are attached hereto as **Exhibit A**.

Neither mailing has been returned to sender within fifteen days of mailing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WILLIAM P. MURPHY, ESQ.

DATE: 3/24/04

## **CERTIFICATE OF SERVICE**

I, William P. Murphy, Esquire, hereby certify that a true and correct copy of the within Proof of Service was served this 24th day of March 2004, via first class mail, postage prepaid, upon the counsel named below:

>Vincent V. Carissimi, Esquire
>Pepper Hamilton, LLP
>3000 Two Logan Square
>Eighteenth & Arch Streets
>Philadelphia, PA 19103

        MURPHY & GOLDSTEIN, P.C.


      By:_____
        WILLIAM P. MURPHY, ESQUIRE
        Attorney for Plaintiff