IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DOE, an individual known to defendants | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 04-CV-938 |
| MATCH.COM, INC. and MATCH.COM, L.P. | : | |
| | : | |
| Defendants | : | |

**AMENDED STIPULATION FOR EXTENSION OF TIME**

Plaintiff, Mary Doe, and defendants, Match.com, Inc. and Match.com, L.P., through their undersigned counsel, hereby stipulate and agree that the date by which said defendants shall answer, move or otherwise plead to the Complaint in the above-captioned action shall be extended by twenty (20) days to, and including, April 21, 2004. The prior Stipulation submitted was in error as it incorrectly identified the extension day as April 12, 2004.

_____
William P. Murphy
MURPHY & GOLDSTEIN, P.C.
1616 Walnut Street, Suite 2000
Philadelphia, PA 19103
(215) 731-1230

Attorney for Plaintiff,
Mary Doe

_____
Vincent V. Carissimi #42227
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorney for Defendants,
Match.com, Inc. and Match.com, L.P.