## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DOE, an individual known to defendants | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 04-CV-938 |
| MATCH.COM, INC. and MATCH.COM, L.P. | : | |
| | : | |
| Defendants | : | |

### STIPULATION FOR EXTENSION OF TIME

Plaintiff, Mary Doe, and defendants, Match.com, Inc. and Match.com, L.P., through their undersigned counsel, hereby stipulate and agree that the date by which said defendants shall answer, move or otherwise plead to the Complaint in the above-captioned action shall be extended by an additional ten (10) days to, and including, May 3, 2004.

A prior Stipulation extended the time to respond to the Complaint for twenty (20) days. This further extension is within the 30 day time period prescribed in Local Rule of Civil Procedure 7.4(b)(2). The parties will use the additional 10 days to conduct further analysis and research regarding the issues raised in the Complaint in order to be able to better present to the Court their respective legal theories.


_____                         _____
William P. Murphy                                 Vincent V. Carissimi #42227
MURPHY & GOLDSTEIN, P.C.                           PEPPER HAMILTON LLP
1616 Walnut Street, Suite 2000                     3000 Two Logan Square
Philadelphia, PA  19103                            Eighteenth & Arch Streets
(215) 731-1230                                     Philadelphia, PA  19103-2799
                                                   (215) 981-4351
Attorney for Plaintiff,
Mary Doe                                           Attorney for Defendants,
                                                   Match.com, Inc. and Match.com, L.P.