IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DOE, AN INDIVIDUAL KNOWN TO DEFENDANTS | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 04-938 |
| v. | : : : | |
| MATCH.COM, INC. AND MATCH.COM, L.P. | : : : | |
| Defendants | : | |

## RULE 7.1 NOTICE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Match.com, Inc. and Match.com, L.P. state as follows:

On May 7, 2002, Match.com, Inc., a Delaware corporation, was converted into a Delaware limited partnership and renamed Match.com, L.P. Match.com, Inc. no longer exists, and thus there are no Rule 7.1 Disclosures necessary for Match.com, Inc. There are two holders of equity in Match.com, L.P.: (1) Ticketmaster, a Delaware corporation, holds a 1% interest as general partner; and (2) Elicia Acquisition Corp., a Delaware corporation, holds a 99% interest as a limited partner. Elicia Acquisition Corp. is 100% owned by Ticketmaster. Ticketmaster is 100% owned by InterActiveCorp, a Delaware corporation. Liberty Media Corporation and Capital Research and Management Company are both holders of greater than 10% of InterActiveCorp.

-2-

        Respectfully submitted,

        _/s/_

        Vincent V. Carissimi
        Christopher J. Huber
        Hadley B. Perkins
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA  19103-2799
        (215) 981-4000

May 11, 2004

        Attorneys for Defendants Match.com, Inc.
        and Match.com, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2004, a true and correct copy of the foregoing Rule 7.1 Notice was served via first class mail, postage prepaid, upon the following:

>William P. Murphy, Esq.
>Murphy & Goldstein, P.C.
>1616 Walnut Street
>Suite 2000
>Philadelphia, PA 19103

Christopher J. Huber