IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATCH.COM, INC., et al. | : | NO. 04-938 |

### **ORDER**

AND NOW, this ___ day of June, 2004, it is hereby ORDERED as follows:

1. Upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and Plaintiff's response thereto, it is hereby ORDERED that the motion is DENIED, without prejudice;

2. A pre-trial conference in the above-captioned matter shall be held on July 20, 2004 at 4:00 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES            C.J.

copies by FAX on
to