IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATCH.COM, INC., et al. | : | NO. 04-938 |

## **ORDER**

AND NOW, this ___ day of July, 2004, it is hereby ORDERED that the pre-trial conference in the above-captioned matter is RESCHEDULED for <u>July 20, 2004</u> at <u>3:00 p.m.</u> in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES          C.J.

copies by FAX on
to