IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATCH.COM, INC., et al. | : | NO. 04-938 |

**ORDER**

AND NOW, this ___ day of July, it is hereby ORDERED that:

1. Discovery shall be completed by January 31, 2005.

2. All potential expert witnesses will be identified by September 24, 2004.

3. A pretrial conference shall take place on October 5, 2004 at 3:00 p.m. in Room #17614, United States Courthouse.

4. Any dispositive motion shall be filed not later than February 11, 2005.

5. Any response to a dispositive motion shall be filed not later than February 25, 2005.

6. Any reply brief shall be filed not later than March 4, 2005.

7. On or before April 13, 2005, each party shall file a pretrial memorandum, as well as proposed points for charge (each charge on a separate page), and memorandum of law on disputed or unusual legal issues.

8. A final pretrial conference shall be held on April 13, 2005, at 4:00 p.m., in Room 17614.

9. Trial in the above-captioned matter shall commence on May 2, 2005, at

9:30 a.m., in Courtroom 17A.

                                           BY THE COURT:

                                           _____
                                           JAMES T. GILES           C.J.

copies by FAX on
to