IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATCH.COM, INC., et al. | : | NO. 04-938 |

### **ORDER**

AND NOW, this ___ day of October, it is hereby ORDERED that:

1. The parties shall notify the court regarding whether they have reached settlement on or before Friday, October 8, 2004.

2. If the parties reach settlement, the parties must come to court to put the agreement on the record.

BY THE COURT:

_____
JAMES T. GILES          C.J.

copies by FAX on
to