IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARY DOE                                :        CIVIL ACTION
                                        :
        v.                              :
                                        :
MATCH.COM, INC., et al.                 :        NO. 04-938


**ORDER**


        AND NOW, this ___ day of October, 2004, the parties having represented to this

court that they had resolved this matter, it is hereby ORDERED that this matter is SETTLED,

DISCONTINUED, AND ENDED.

        This court retains jurisdiction to enforce the terms of the settlement agreement.



                                BY THE COURT:


                                _____
                                JAMES T. GILES            C.J.



copies by FAX on
to