IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY DOE, AN INDIVIDUAL KNOWN TO DEFENDANTS<br><br>Plaintiff,<br><br>v.<br><br>MATCH.COM, INC. AND MATCH.COM, L.P.<br><br>Defendants | CIVIL ACTION<br>NO. 04-938 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to this action hereby stipulate that this action is dismissed with prejudice.

SO STIPULATED:

By: _____
William P. Murphy, Esq.
Attorney for Plaintiff

Date: 10/22/04

By: _____
Christopher J. Huber, Esq.
Attorney for Defendant

Date: 10/25/04

APPROVED BY THE COURT:

_____
James T. Giles, C.J.